UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA KING SCHIAVONE,<br><br>                          Plaintiff,<br><br>v.<br><br>U.S. BANK TRUST, N.A. AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST; CALIBER HOME LOANS, INC.; SUMMIT MANAGEMENT COMPANY, LLC; AND Does 1–100 Inclusive,<br><br>                          Defendants. | Case No.: 16cv2939-JLS (JLB)<br><br>**ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE**<br><br>(ECF No. 12) |

Presently before the Court is Defendants' Motion to Dismiss Plaintiff's Complaint ("MTD"). (ECF No. 12.) Defendants previously moved to dismiss Plaintiff's Complaint, (ECF No. 6), which the Court granted due to Plaintiff's failure to oppose, (ECF No. 10; *see also* ECF No. 9). Despite Plaintiff's failure to oppose, the Court granted Plaintiff leave to amend her Complaint within fourteen days. (ECF No. 10.) On the fourteenth day, Plaintiff filed an amended Complaint. (ECF No. 11.) Defendants have again moved to dismiss, (ECF No. 12), and Plaintiff has again failed to oppose, (*see* ECF No. 14).

///

| | |
|---|---|
| 1 | Given the foregoing, the Court again **GRANTS** Defendants' Motion to Dismiss, and |
| 2 | this time does so **WITH PREJUDICE**. Plaintiff's non-responsiveness in opposing these |
| 3 | motions, but precise timing in filing her Amended Complaint, indicates that Defendants |
| 4 | are likely correct that "Plaintiff's action represents nothing more than a baseless attempt to |
| 5 | delay foreclosure by any means necessary." (MTD 1.) Furthermore, our district's civil local |
| 6 | rules explicitly provide that failure "to file . . . papers in the manner required . . . may |
| 7 | constitute a consent to the granting of the motion . . . ." (Civ. L.R. 7.1.f.3.c.) "Failure to |
| 8 | follow a district court's local rules is a proper ground for dismissal." *Ghazali v. Moran*, 46 |
| 9 | F.3d 52, 53 (9th Cir. 1995). And in the present case Plaintiff should have been aware of |
| 10 | this rule; the Court cited it in its prior dismissal Order. (ECF No. 10.) |
| 11 |     **IT IS SO ORDERED.** |
| 12 | Dated: April 26, 2017 |

*signature*

Hon. Janis L. Sammartino
United States District Judge